Dismissed and Memorandum Opinion filed November 30, 2006








Dismissed
and Memorandum Opinion filed November 30, 2006.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-06-00306-CV

____________

 

PATRICIA MORRIS, Appellant

 

V.

 

BANK ONE NATIONAL ASSOCIATION, Appellee

 



 

On Appeal from the 152nd
District Court 

Harris County, Texas

Trial Court Cause No. 05-10399

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed January 24, 2006.  On November 20, 2006, 

appellant filed a motion
to dismiss the appeal because the case has been settled. See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.       

PER
CURIAM

Judgment rendered and Memorandum Opinion filed
November 30, 2006.

Panel consists of Justices Fowler, Edelman, and Frost.